UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| US CENTRIFUGE SYSTEMS, LLC, | ) | Case No. 15-04804-JJG |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**DEBTOR'S FIRST DAY MOTION FOR ORDER AUTHORIZING PAYMENT OF PRE-PETITION UTILITY SERVICES AND GRANTING ADMINISTRATIVE EXPENSE PRIORITY FOR POST-PETITION UTILITY SERVICES**

US Centrifuge Systems, LLC, Debtor and debtor-in-possession, ("Debtor"), through its attorneys, Kroger, Gardis & Regas, LLP, requests that the Court enter an order granting authorization to pay pre-petition and current utility services and respectfully represents:

1. This Chapter 11 case was filed on June 3, 2015, and Debtor has continued to operate its business pursuant to Sec. 1107 and 1108 of the Bankruptcy Code.

2. The Debtor purchases utilities from the following providers to operate its business at the following average monthly costs:

| | | |
|---|---|---|
| Electricity | : | $1,500.00 |
| Gas | : | $700.00 |
| Sewage & Water | : | Included with facility rent |
| Refuse Service | : | $140.00 |
| Facility Rent | : | $5,200.00 |
| Remote Office Rent | : | $450.00 |
| Office Furn Rent | : | $430.00 |
| Telephone | : | $1,600.00 |
| Internet Access | : | $140.00 |

(Hereinafter, the foregoing utilities shall be collectively referred to as the "Utility Service Providers")

3. The Debtor cannot operate its business without utility services, no alternative sources of utility services are available, and continuity of utility services is essential for the operation of the Debtor.

4. Debtor proposes to grant the provider of each utility service an administrative priority claim pursuant to 11 U.S.C.§507(a)(1).

5. The Debtor's projections indicate that for the next few weeks, Debtor's operations will produce sufficient cash flow to pay post-petition utility services bills in the ordinary course of business, at the conclusion of which time period Debtor expects to have post-petition financing in place sufficient to assure the Utility Service Providers of Debtor's continued current payments. Debtor represents and submits that its current projected cash flow together with the administrative expense priority claim proposed to all Utility Service Providers and past timely payment history constitutes adequate assurance of payment to each of the utilities, respectively, for future services.

THEREFORE, Debtor moves this Court for an order authorizing it to pay all post-petition utility invoices in the normal course of business and to grant to each of its utility providers an administrative expense priority for services provided prior to the commencement of this case as adequate assurance of payment under 11 U.S.C. §366(b).

Respectfully submitted,

KROGER, GARDIS & REGAS, LLP

By: /s/James A. Knauer
James A. Knauer, Atty # 5436-49
Harley K. Means, Atty # 23068-32
Attorneys for US Centrifuge Systems, LLC
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204
317-692-9000 - phone
jak@kgrlaw.com
hkm@kgrlaw.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on June 4, 2015, a copy of the above and foregoing was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System or via e-mail.  Parties may access this filing through the Court's system.

| | |
|---|---|
| U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov | Jeannette E. Hinshaw<br>jeannette.hinshaw@usdoj.gov |
| Acme Metal Spinning<br>info@acmemetalspinning.com | Alro Steel Corporation<br>jduzan@alro.com |
| Loyal Manufacturing<br>mike@loyalmfg.com | Aramark Uniform Services<br>jason.haury@uniform.aramark.com |
| Bearing Headquarters Co.<br>jsisil@headco.com | Bisco Industries<br>ar@biscoind.com |
| Drycake<br>mark@drycake.com | FloSource<br>sales@flsource.com |
| Kirby Risk Corporation<br>kford@kirbyrisk.com | Levitronix Technologies LLC<br>purchaseorder@levitronix-us.com |
| Marion County Treasurer<br>mytaxes@indy.gov | McMaster-Carr<br>chi.sales@mcmaster.com |
| Neff Engineering Co., Inc.<br>lgirton@neffengineering.com | OTP Industrial Solutions<br>dparks@otpnet.com |
| Pillar Innovations<br>accountsreceivable@pillarinnovations.com | Precision Balancing Company<br>service@precisionbalance.com |
| RB Machine Company<br>ron@rbmachinecompany.com | Workrite Aerostar Machine & Tool<br>rsheets@workriteaerostar.com |
| Joseph M. Brown, Jr.<br>jmb@cunninghambounds.com | David A. Lee<br>dlee@pljpc.com |

Harvey B. Morris
hmorris@mkhlawyers.ocm

I further certify that on June 5, 2015, a copy of the above and foregoing was transmitted by facsimile to the following:

| | |
|---|---|
| Ancel Products | Shaw Machining Services |
| (314) 481-9004 | (765) 663-2577 |

/s/ James A. Knauer

Kroger, Gardis & Regas, LLP
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
(317) 692-9000
jak@kgrlaw.com